# Court of Appeals
## Tenth Appellate District of Texas

---

10-26-00093-CR

---

The State of Texas,
Appellant

v.

Joshua Logan,
Appellee

---

On appeal from the
82nd District Court of Robertson County, Texas
Judge Bryan F. Russ Jr., presiding
Trial Court Cause No. 26-02-22738-CR

---

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

The State of Texas appealed the trial court's order modifying its judgment. The State has now filed a motion to dismiss its appeal signed by the County and District Attorney. *See* TEX. R. APP. P. 42.2(a).

Accordingly, the State's motion is granted, and this appeal is dismissed.

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  March 26, 2026

Before Chief Justice Johnson,
       Justice Smith, and
       Justice Harris
Motion granted
Appeal dismissed
Do Not Publish
CR25

